UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　TIMOTHY CASSIDY<br>　BEVERLY CASSIDY<br>　　　　　　　　　　Debtors | CASE NO: 07-32397<br>　　　　(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045725**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 23 | HSBC MORTGAGE SERVICES<br>BOX 9068<br>BRANDON, FL  33509 | 2,222.71 |
| 1/ 3 | HSBC MORTGAGE SERVICES<br>BOX 9068<br>BRANDON, FL  33509 | 2.65 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/23/2010

Certificate of Service                              07-32397

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| TIMOTHY CASSIDY<br>BEVERLY CASSIDY<br>130 SNAPDRAGON DRIVE<br>EATON, OH  45320 | TOM O MERRITT<br>219 S GARBER DR<br>TIPP CITY, OH  45371 | (19.1n)<br>CAPITAL ONE AUTO FINANCE<br>% ASCENSION CAPITAL GROUP<br>BOX 201347<br>ARLINGTON, TX  76006 |
| (1013.1n)<br>GE MONEY BANK<br>RECOVERY MANAGEMENT SYSTEMS<br>ATTN RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131 | (1014.1n)<br>GENE R CLARK<br>19732 MACARTHUR BLVD<br>STE 100<br>IRVINE, CA  92612 | (3.1)<br>HSBC MORTGAGE SERVICES<br>BOX 9068<br>BRANDON, FL  33509 |
| (21.1n)<br>LAURA FAULKNER JOHN DAY<br>%WELTMAN WEINBERG & REIS CO<br>525 VINE STE SUITE 1020<br>CINCINNATI, OH  45202 | (1015.1n)<br>Recovery Management Systems<br>Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | (22.1n)<br>WAYMON B MCLESKEY II<br>8 EAST LONG STREET<br>SUITE 424<br>COLUMBUS, OH  43215 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv